**O S B O R N   L A W, P.C.**

**295 Madison Avenue**
**New York, New York 10017**

DANIEL A. OSBORN
LINDSAY M. TRUST

TELEPHONE
212 - 725 - 9800

FACSIMILE
212 - 725 - 9808

November 10, 2015

**VIA ECF**

Magistrate Judge Arlene R. Lindsay
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

> Re:   *Hatteras Enterprises Inc.,et al. v. Forsythe Cosmetic Group, et al.*
>         Case No.: 2:15-cv-5887 (ADS)(ARL)

Dear Judge Lindsay:

At the request of Chambers, I write to notify the Court that the parties to the above-referenced matter have reviewed the Court's Proposed Scheduling Order, dated October 20, 2015, and the parties agree to the dates set forth therein. As such, the parties respectfully request an adjournment of the status conference currently set for November 18, 2015.

Thank you for your attention to this matter.  Please let us know if you have any questions or if you would like us to provide additional information.

Respectfully submitted,

/s/ Daniel A. Osborn
Daniel A. Osborn
295 Madison Avenue, 12th Floor
New York, New York 10017
Telephone:     (212) 725-9800
Facsimile:      (212) 725-9808
*Attorney for Defendants*