# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

July 28, 2025

**<u>By ECF</u>**

Magistrate Judge James M. Wicks  
United States Courthouse  
100 Federal Plaza, Courtroom 1020  
Central Islip, New York 11722-9014

Re: *Hatteras Enterprises Inc., et al. v. Forsythe Cosmetic Group, et al.;* Case No.: 2:15-cv-5887 (GRB)(ARL)

Dear Judge Wicks,

    We write on behalf of defendants Harriet Rose, Michael Rose, and the Harriet Rose 2009 Irrevocable Trust ("Defendants"), and with the consent of plaintiffs Debra Mattes, Hatteras Enterprises, Inc. and Madmack, LLC ("Plaintiffs"), to request an extension of time for Plaintiffs and Defendants ("collectively the "Parties") to file their post-trial briefs. The Parties' post-trial briefs are currently due on August 1, 2025. The Parties respectfully request an additional 7-days, up to and including August 8, 2025, to file their briefs. This is the first request for an extension of time to file the post-trial briefs, and this extension request will not affect any other deadline.

Respectfully submitted,

*Daniel A. Osborn*

Daniel A. Osborn

cc: Mr. Robert Silverman